**EDWARDS COMPANY, INC.,**
**Plaintiff-Appellant,**

v.

**MONOGRAM INDUSTRIES, INC., Monotronics, Inc. and Entronic Company,**
**Defendants-Appellees.**

**No. 82–2019.**

United States Court of Appeals,
Fifth Circuit.

Sept. 2, 1983.

Larry D. Knippa, Houston, Tex., for plaintiff-appellant.

Dan Matthews, Houston, Tex., for Monogram Industries, Inc.

Charles L. Babcock, Dallas, Tex., for amicus curiae Nat. Realty Committee, Inc.

## ON SUGGESTION FOR REHEARING EN BANC

(Opinion March 21, 1983, 5 Cir., 1983, 700 F.2d 994)

Before CLARK, Chief Judge, BROWN, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, TATE, JOHNSON, WILLIAMS, GARWOOD, JOLLY and HIGGINBOTHAM, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.